IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHIP L. MINSTER,[1] | § | |
| | § | No. 314, 2015 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware in and for |
| v. | § | New Castle County |
| | § | |
| WANDA A. ROBERTS, | § | File No. CN15-01998 |
| | § | Pet. No. 15-06504 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: September 30, 2015
Decided: October 6, 2015

### ORDER

This 6th day of October 2015, it appears to the Court that, on September 4, 2015, the Clerk issued a notice directing the appellant, Chip L. Minster, to show cause why this appeal should not be dismissed for Minster's failure to pay the Family Court filing fee.[2] Minster has failed to respond to the notice to show cause and has not paid the filing fee. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Randy J. Holland
Justice

---

[1] By Order dated June 19, 2015, the Court *sua sponte* assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).

[2] By order dated September 9, 2015 and mailed on September 10, 2015, the Family Court denied Minster's motion to proceed *in forma pauperis*. Minster has also failed to pay the cost of the Family Court transcript he ordered for the appeal.